

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S.** and J.R.S., Children

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. The motion to withdraw filed by appellant's counsel is DENIED. No costs are assessed because appellant is indigent.

SIGNED April 13, 2022.

Liza A. Rodriguez, Justice